DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #93788
Chief Labor Attorney
AMY D. SUPER, State Bar #274617
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3931
Facsimile:      (415) 554-4248
E-Mail:          amy.super@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO et. al.

William C. McNeill, State Bar No. 64392
The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:     (415) 864-8848 x 212
E-Mail:          wmcneill@las-elc.org
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARNOLD CHEW, | Case No. C 13-5286-JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING TIME TO ANSWER COMPLAINT** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, *et. al.*, | Judge:            Hon. Jon S. Tigar<br>Place:            450 Golden Gate, SF<br>Date Action Filed: November 14, 2013<br>Trial Date:       None set |
| Defendants. | |

Plaintiff Arnold Chew and Defendants City and County of San Francisco and Laguna Honda Hospital and Rehabilitation Center hereby stipulate that pursuant to Civil Local Rule 6-1, Defendant shall file its responsive pleading to Plaintiff's Complaint served March 10, 2014 by April 25, 2014.

Dated: March 28, 2014

          DENNIS J. HERRERA
          City Attorney
          ELIZABETH S. SALVESON
          Chief Labor Attorney
          AMY D. SUPER
          Deputy City Attorney

By:    /s/ Amy D. Super
      AMY D. SUPER
      Attorneys for Defendant(s)
      CITY AND COUNTY OF SAN FRANCISCO et. al.

Dated: March 28, 2014

   /s/ William C. McNeill
   WILLIAM C. MCNEILL
   Attorneys for Plaintiff
   ARNOLD CHEW

IT IS SO ORDERED.

Dated: March 31, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA