William C. McNeill, State Bar No. 64392
The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone: (415) 864-8848 x 212
E-Mail: wmcneill@las-elc.org
Attorneys for Plaintiff

Dennis J. Herrera, State Bar #139669
City Attorney
Elizabeth Salveson, State Bar #83788
Chief Labor Attorney
Lisa B. Berkowitz, State Bar #167657
Amy Super, State Bar #274617
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone: (415) 554-3931
Facsimile: (415) 554-4248
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO BRANCH

| | |
|---|---|
| ARNOLD CHEW, | No. C-13-05286-JST |
| Plaintiff, | JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 7, 2014 AND [PROPOSED] ORDER |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | HEARING : MAY 7, 2014<br>TIME: 2:00 PM<br>CTRM 9. 19TH FLOOR |
| Defendants. | |

Whereas, this Court rescheduled the Case Management Conference ("CMC") previously

scheduled for March 19, 2014 based on the declaration submitted by William C. McNeill, III,

Joint Stipulation For Continuance Of Case Management Conference Scheduled For May 7, 2014 And
[Proposed] Order                              Case No. C-13-5286 JST                              Page 1

1  which stated, in essence, that he had just recently become counsel in the above styled matter,
2  and that the Defendants had then just recently been served, and therefore, the then scheduled
3  CMC should be rescheduled in order that an appropriate CMC Statement could be filed in the
4  matter because all counsel would have had ample opportunity to confer regarding the litigation
5  of the above styled matter.  On March 17, 2014, this Court rescheduled the CMC in this matter
6  for May 7, 2014.

7  On March 28, 2014, pursuant to a request from the City Attorney's Office, the counsel for the
8  parties entered into a stipulation that allowed the Defendants until April 25, 2014 in order to
9  file any responsive pleading, and, on March 31, 2014, this Court signed an Order allowing the
10 Defendants until April 25, 2014 to file any responsive pleading.  On April 25, 2014, Defendants
11 filed their answer.

12 Because of the short period of time from the filing of the answer in this matter and the
13 scheduled CMC, as well as other time consuming duties, counsel for the parties have not had an
14 adequate time period to confer as to the preparation of an appropriate CMC Statement.  Nor did
15 they have 14 days in which to file this stipulation as normally required by Local Rule 6-1(b).

16 Any reasonable change of the date for the CMC would not have any material effect on the
17 case schedule in that it is the first scheduling element for the management of this action.

18 Therefore, pursuant to Local Rule 6-1(b), the parties request that this Court continue the
19 presently scheduled CMC for one more week-until May 14, 2014 at 2:00 PM.

20

Dated: April 30, 2014                    Dennis J. Herrera
21                                        City Attorney
                                          Elizabeth Salveson
22                                        Chief Labor Attorney
                                          Lisa B. Berkowitz
23                                        Amy Super
                                          Deputy City Attorneys
24
                         /S/ Amy D. Super
25              By:      AMY D. SUPER
                         Attorneys for Defendant(s)
26                       CITY AND COUNTY OF SAN FRANCISCO, *et al.*

27 //
   //
28 Joint Stipulation For Continuance Of Case Management Conference Scheduled For May 7, 2014 And
   [~~Proposed~~] Order                    Case No. C-13-5286 JST                    Page 2

1  //

2  Dated: April 30, 2014                    William C. McNeill
                                            The LEGAL AID SOCIETY-EMPLOYMENT
3                                           LAW CENTER
                                            Counsel for Plaintiff
4                                           Arnold Chew

5                                           By: /S/ William C. McNeill, III
                                                William C. McNeill, III
6

7  IT IS SO ORDERED

8  Dated: April 30, 2014



Joint Stipulation For Continuance Of Case Management Conference Scheduled For May 7, 2014 And
[Proposed] Order                    Case No. C-13-5286 JST                    Page 3