DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #93788
Chief Labor Attorney
AMY D. SUPER, State Bar #274617
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3931
Facsimile:      (415) 554-4248
E-Mail:          amy.super@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO et. al.

William C. McNeill, State Bar No. 64392
The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:     (415) 864-8848 x 212
E-Mail:          wmcneill@las-elc.org
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD CHEW,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>        Defendants. | Case No. C 13-5286-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC**<br><br>Judge:               Hon. Jon S. Tigar<br>Place:                450 Golden Gate, SF<br>Date Action Filed:  November 14, 2013<br>Trial Date:          None set |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1)        The parties previously agreed to continue the Case Management Conference (CMC) in this case from May 7, 2014 to May 14, 2014.  An order by the court was signed to that effect on April 30, 2014.

1     2)     Since such time, May 28, 2014 has become available for both parties.  This later date
2  will allow the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and draft a
3  Joint Case Management Conference Statement.
4     3)     The parties therefore request a final continuation of the CMC to May 28, 2014.

6  Dated:  May 6, 2014

          DENNIS J. HERRERA
          City Attorney
          ELIZABETH S. SALVESON
          Chief Labor Attorney
          AMY D. SUPER
          Deputy City Attorney

By:  /s/
    AMY D. SUPER
    Attorneys for Defendant(s)
    CITY AND COUNTY OF SAN FRANCISCO et. al.

Dated: May 6, 2014     /s/
    WILLIAM C. MCNEILL
    Attorneys for Plaintiff
    ARNOLD CHEW

IT IS SO ORDERED.

Dated:  May 6, 2014

      THE _____ TIGAR

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
(United States District Court, Northern District of California seal)

STIPULATION AND [~~PROPOSED~~] ORDER     2     c:\users\abarel\appdata\local\temp\notesc7a056\stip to continue
INSERT CASE NO. 13-5286 JST                               cmc.docx