UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD CHEW,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>              Defendants. | Case No.  13-cv-05286-MEJ<br><br>**ORDER FOR PLAINTIFF TO E-FILE COLLINS DECLARATION** |

Pending before the Court is Defendant City and County of San Francisco's Motion for Summary Judgment.  Dkt. No. 54.  Plaintiff Arnold Chew has filed an Opposition, in which he references the Declaration of Leonard Collins.  Dkt. No. 72.  As Plaintiff did not include Collins' Declaration with his filing, the Court ORDERS him to e-file the Declaration by January 27, 2016.  No chambers copy is required.  As Defendant's Reply brief is not due until February 4, the Court finds no need to alter any deadlines under Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge