DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
AMY D. SUPER, State Bar #274617
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3931
Facsimile:      (415) 554-4248
Email:  amy.super@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et. al.


William C. McNeill, III, State Bar No. 64392
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone: 415-864-8848 x 212
Email: wmcneil@las-elc.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD CHEW,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER,<br><br>    Defendants. | Case No. 13-5286 MEJ<br><br>*E-filing case*<br><br>**STIPULATION TO EXTENSION OF HEARING DATE ON MOTION AND DEADLINE FOR DEFENDANTS' REPLY BRIEF  RE:  DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: February 18, 2016<br>Time:              10:00 a.m.<br>Place:             Courtroom B, 15th Floor<br>                      450 Golden Gate,<br>                      San Francisco, CA<br>Judge:            Hon. Maria Elena James<br><br>Action Filed:              November 14, 2013<br>Trial Date:                 Not Set |

1 | The Court has set the Motion Hearing for Defendants' Motion For Summary Judgment for February 18, 2016 at 10:00 a.m. and the deadline for Defendants' Reply Brief by February 4, 2016 (Dkt. 78).

Counsel for Defendants, Amy D. Super, has been out sick since January 29, 2016 and anticipates she will need a one week extension.

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

The parties hereby stipulate to and request the court grant an extension of the above referenced reply brief deadline and motion hearing date, set as follows:

| **Event** | **Date** |
|---|---|
| Defendants' Reply Brief | February 11, 2016 |
| Motion Hearing | February 25, 2016 |

Dated: February 3, 2016

By */s/ Amy D. Super*
AMY D. SUPER
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO et. al.

Dated: February 3, 2016

By */s/ William C. McNeill, III*
WILLIAM C. MCNEILL, III
Attorney for Plaintiff
ARNOLD CHEW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: February 3, 2016

_____
THE HONORABLE JUDGE MARIA-ELENA JAMES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILED SIGNATURE**

I, Amy D. Super, am the ECF User whose ID and password are being used to file this Stipulation To Extension Of Hearing Date On Motion And Deadline For Defendants' Reply Brief Re:  Defendants' Motion For Summary Judgment.  In compliance with Local Rule 5-1(i)(3), I attest that William C. McNeill, III has read and approved this pleading and consents to its filing in this action.

Dated:  February 3, 2016

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH SALVESON
        Chief Labor Attorney
        AMY D. SUPER
        Deputy City Attorney

By: */s/ Amy D. Super*
        AMY D. SUPER

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO